HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| YVONNE OSBORN, | No. 3:10-cv-5355 RBL |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| LAW OFFICE OF LARRY ROACH, | |
| Defendant. | |

**ORDER**

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims of the parties be dismissed with prejudice and without costs or attorneys fees to any party.

DONE IN OPEN COURT this 7th day of February, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE – PAGE 1
CAUSE NO. 3:10-cv-5355 RBL

516404 / 980.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-2050
(206) 689-8500 • (206) 689-8501 FAX

1
2   Presented by:

3   FORSBERG & UMLAUF, P.S.

4   By: /s/ Jeffrey T. Kestle_____
       Jeffrey T. Kestle, WSBA # 29648
5      jkestle@forsberg-umlauf.com
       Attorneys for Defendants
6

7

8   Approved for Entry, Notice of Presentation
    Waived:
9

10

11  By:   /s/Mona Lisa Gacutan, WSBA 39344
          mog@legalhelpers.com
          Attorneys for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

ORDER OF DISMISSAL WITH PREJUDICE – PAGE 2
CAUSE NO. 3:10-cv-5355 RBL

516404 / 980.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-2050
(206) 689-8500 • (206) 689-8501 FAX